UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MOHAMAD IBRAHIM SHNEWER, | : | |
| Petitioner, | : | Civ. No. 13-3769 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

    Petitioner is a federal prisoner proceeding with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. On March 7, 2016, this Court entered an Opinion and Order denying petitioner's § 2255 motion in full. Subsequently, on April 4, 2016, petitioner, now acting through counsel, filed a motion for relief from judgment. (*See* Dkt. No. 40) On April 14, 2016, respondent filed a request for an extension of time to file a response to petitioner's motion for relief from judgment. (*See* Dkt. No. 41) Furthermore, on April 18, 2016, this Court received a request from petitioner seeking an extension of time to file a reply to his motion. Good cause appearing, the parties' requests for extensions of time will be granted. Once the petitioner has filed a reply brief, this Court will rule on the outstanding motion in due course.

    Accordingly, IT IS this  18th  day of April, 2016,

    ORDERED that respondent's request for an extension of time to file a response to petitioner's motion for relief from judgment (Dkt. No. 41) is granted; respondent may file a response to petitioner's motion for relief from judgment on or before May 25, 2016; and it is further

ORDERED that petitioner's request for an extension of time in which to file a reply brief in support of his motion for relief from judgment (Dkt. No. 42) is granted; petitioner may file a reply brief in support of his motion for relief from judgment on or before June 8, 2016.

        s/Robert B. Kugler
        ROBERT B. KUGLER
        United States District Judge