# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MOHAMAD IBRAHIM SHNEWER, | : | |
| Petitioner, | : | Civ. No. 13-3769 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Petitioner is a federal prisoner who is proceeding with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. On March 7, 2016, this Court entered an Opinion and Order denying petitioner's § 2255 motion. On April 4, 2016, petitioner filed a motion for relief from that judgment. Respondent filed a response to that motion for relief from judgment on May 23, 2016, after receiving an extension of time to file a response. Petitioner's reply is currently due on or before June 8, 2016.

On June 6, 2016, petitioner filed a letter requesting an extension of time to file a reply to his motion for relief from judgment. Good cause appearing, petitioner's request will be granted.

Accordingly, IT IS this  7th  day of June, 2016,

ORDERED that petitioner's request for an extension of time to file a reply to his motion for relief from judgment (Dkt. No. 45) is granted; and it is further

ORDERED that petitioner may file his reply to his motion for relief from judgment on or before June 29, 2016.

 s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge